UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EAST COAST BROKERS &
PACKERS, INC.,

    Plaintiff,

v.                         Case No. 8:08-cv-701-T-30EAJ

UAP DISTRIBUTION, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal With Prejudice (Dkt. #37). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice with each party to bear its own costs and fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 27, 2009.

                                      JAMES S. MOODY, JR.
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-701.dismissal 37.wpd